IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
JOHN P. HEHMAN
CLERK

2013 DEC 12 PM 12: 30

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

UNITED STATES OF AMERICA, :

PLAINTIFF, : CASE NO. 2:13-cr-283
Judge Watson

v. :

STEVEN EDWARD DEAN, :

DEFENDANT. :

INDICTMENT

THE GRAND JURY CHARGES:

COUNT ONE
18 U.S.C. § 875(c)
THREATENING COMMUNICATIONS

On or about the 6th day of November, 2013, in the Southern District of Ohio, the defendant, **STEVEN EDWARD DEAN**, knowingly and willfully did transmit in interstate commerce from Ohio through another state, a communication to defendant's attorney and his staff to injure them, specifically defendant told the attorney in a phone call that he would come down there and stab the attorney or get a gun and kill him and that he would come to the attorney's office to "take care of business."

In violation of 18 U.S.C. § 875(c).

A TRUE BILL

S/ FOREPERSON
Foreperson

CARTER M. STEWART
United States Attorney

GARY L. SPARTIS (0023428)
Branch Chief