# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

United States of America,
             Plaintiff,

                                              Case No.    2:13cr283
                  v.                          Judge Michael H. Watson

Steven Edward Dean,
             Defendant.

**CRIMINAL SENTENCING MINUTES**
**before**
**Judge Michael H. Watson**

Courtroom Deputy: **Jennifer Kacsor**
Court Reporter: **Lahana DuFour**
Date: **August 13, 2014**   Time: **Commenced** 3:15 Concluded 4:15 Total  1 hour
Deborah Solove
United States Attorney:  Doug Squires    Defendant Attorney:   Terry Sherman
                  ✓ Dft plead to Count(s)  1 & 2  of Indictment - (information) Superseding
                  _____ Motion filed by USAO to dismiss Count(s) _____ of Indictment

**Procedure**:

To be continued on Friday, August 15
at 10:00 a.m.

✓ Sentencing
_____ Deft Sworn
_____ Supervised Release Violation hearing held.
_____ PSI reviewed by the parties.
_____ No Objections _____ Objections ___ Plaintiff ___Defendant
_____ Considered for sentencing (___ letter(s) from _____ ; ___ sentencing memo from _____;
      ___ other _____
_____ Motion filed by USA for downward departure. _____ Side bar held. _____ Court ordered in open
Court _____
_____ Informed of Defendant's Right to Appeal
_____ Clerk to Prepare Appeal Notice

**Sentencing**:
_____ Defendant sentenced.                  _____ Fine $_____ (interest waived)
_____ Probation _____ Years                  _____ Special Assessment $_____
_____ Custody _____Months (remanded/vol sur.)  _____ Restitution $_____

_____ Supervised Release _____Years ( Mo.)  _____ Forfeiture (see J&C)
_____ Standard/Special Conditions of Sup'd Rel/Probation  _____ See J&C for Special Instructions re: payment
                                              _____ Denial of Benefits (see J&C)

| No firearms, etc & Collect in DNA | Home Confinement (___ Months) | No access to computer online service | Turn over financial info to USPO |
|---|---|---|---|
| No new lines of credit | Register as a sex offender | Credit counseling | Obtain GED |
| Community Service (___ months) | No alcohol | Mental Health Treatment | drug testing and treatment |
| IFRP | 500 Hour Residential Drug Treatment Program | Non-Residential Drug Treatment Program | Court to recommend facility near |